## MAGIC BURGERS

### RECEIPT OF EMPLOYMENT DOCUMENTS

I, Matthew Hall, AGREE THAT I HAVE RECEIVED AND REVIEWED THE FOLLOWING DOCUMENTS. PLEASE **INITIAL** AFTER EACH DOCUMENT DESCRIBED BELOW.

|  | INITIALS |
|---|---|
| W-4 | MH |
| I-9 | MH |
| UNIFORM AGREEMENT | MH |
| DRUG FREE WORKPLACE POLICY | MH |
| CASH REGISTER POLICY | MH |
| EMPLOYEE MEAL POLICY | MH |
| ARBITRATION AGREEMENT | MH |
| RECEIPT AND ACKNOWLEDGEMENT OF COWORKER HANDBOOK | MH |
| EMPLOYEE HANDBOOK ADDENDUM | MH |
| FLSA WITHOUT PLANS NOTICE | MH |
| RECEIPT OF EMPLOYMENT DOCUMENTS | MH |
| ORIGINAL EMPLOYMENT APPLICATION | MH |

**CHECKMARKS ARE NOT ACCEPTED.**

EMPLOYEE SIGNATURE: _[signature]_   DATE: 8/4/14

EXHIBIT B