# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

CASE NO.: 5:15-cv-00382-BJD-PRL

MATTHEW HALL, *and all others similarly situated,*

        Plaintiff,

v.

MAGIC BURGERS LLC,

        Defendant.

_____/

## NOTICE OF SETLEMENT

      Plaintiff, MATTHEW HALL, hereby notifies the Court that the parties have agreed in principle to settle the above captioned action in its entirety. The parties are presently formalizing the terms of their agreement into a written settlement agreement and will file a motion to approve the settlement once the settlement is final.

           **/s/ Richard D. Tuschman**
           Richard D. Tuschman, Esq.
           Florida Bar No. 907480
           E-mail: rtuschman@gtemploymentlawyers.com
           Secondary E-mail: rtuschman@gmail.com
           **GOODZ & TUSCHMAN, PLLC**
           8551 W. Sunrise Boulevard, Suite 303
           Plantation, Florida  33322
           Telephone: (954) 369-1050
           Facsimile: (954) 380-8938
           *Attorneys for Plaintiff*

CASE NO.: 5:15-cv-00382-BJD-PRL

### **CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Abbye Erika Alexander
Email: aalexander@kpsos.com
Killgore, Pearlman, Stamp, Ornstein & Squires, PA
2 S Orange Ave - 5th Floor
PO Box 1913
Orlando, FL 32802-1913
727/787-3121
Fax: 727/787-3231

Michael Semanie
Email: msemanie@kpsos.com
Killgore, Pearlman, Stamp, Ornstein & Squires, PA
2 S Orange Ave - 5th Floor
PO Box 1913
Orlando, FL 32802-1913
727/787-3121
Fax: 727/787-3231

**/s/ Richard D. Tuschman**
Richard D. Tuschman, Esq.

2